IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
|     Plaintiff, | : | |
|   v. | : | No. 2:12-cv-03610-JP |
| AARON HORN | : | |
|   and | : | |
| HORN HOLDINGS, LLC | : | |
|     Defendants. | : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE 41(a)(1)(A)**

TO THE CLERK OF COURT:

    Kindly mark the above matter as dismissed as against all Defendants. Defendants have not filed any answer or motion for summary judgment.

    Respectfully submitted,

 8/21/12             /s/William B. Jameson
DATE                 William B. Jameson, Esquire
                             Attorney ID No.: 58949
                             AAMCO Transmissions, Inc.
                             201 Gibraltar Road, Suite 150
                             Horsham, PA 19044
                             (610) 668-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
|     Plaintiff, | : | |
|     v. | : | No.  2:12-cv-03610-JP |
| AARON HORN | : | |
|     and | : | |
| HORN HOLDINGS, LLC | : | |
|     Defendants. | : | |

**CERTIFICATE OF SERVICE**

William B. Jameson, hereby certifies that he did serve on this  21st  day of August, 2012, the attached Plaintiff's Notice of Dismissal upon the below identified counsel for Defendants via U.S. Mail, postage prepaid:

        Terence P. Ruf, Jr., Esq.
        37 West Gay Street
        West Chester, PA  19380

        Respectfully submitted,

 8/21/12           /s/William B. Jameson
DATE          William B. Jameson, Esquire
        Attorney ID No.: 58949
        AAMCO Transmissions, Inc.
        201 Gibraltar Road, Suite 150
        Horsham, PA 19044
        (610) 668-2900